```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

KATHALINA MONACELLI,

                Plaintiff,

vs.                                     Case No.   2:08-cv-920-FtM-29SPC

LEE COUNTY EDUCATION ASSOCIATION;
LEE COUNTY SCHOOL BOARD; ROBERT
CHILMONIK, District 1 School Board
Member; IDA S. BAKER HIGH SCHOOL;
JOE VETTER,

                Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #10), filed June 17, 2009, recommending that the Affidavit of Indigency (Doc. #2), construed as a Motion to Proceed *In Forma Pauperis*, be denied and the Amended Complaint be dismissed with prejudice for failure to state a claim.  Plaintiff filed an Objection to Dismissal of Case (Doc. #11) on June 24, 2009.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection

is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong. § 2 (1976)). Even in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation and plaintiff's Objection, the Court accepts the Report and Recommendation of the magistrate judge to the extent that the Amended Complaint is due to be dismissed *without* prejudice. The Objection is overruled.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #10) is hereby **adopted in part and rejected in part** and the findings incorporated herein. The objections are otherwise overruled.

2. Plaintiff's Affidavit of Indigency (Doc. #2), construed as a Motion to Proceed *In Forma Pauperis*, is **DENIED** and the case is dismissed without prejudice.

3. The Clerk shall enter judgment accordingly, terminate all deadlines and motions as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of June, 2009.

_/s/ John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties